**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-01461-CR**
**No. 05-13-01462-CR**

---

**KENNETH AVERY FARR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of this date, we **GRANT** the June 30, 2014 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kenneth Avery Farr, Bookin No. 13043701, Dallas County Jail, North Tower-4E10, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE